UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY HAMMONDS, | 1:16-cv-1549-LJO-GSA |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| M. LANDERS, | |
| Defendant. | |

Plaintiff Ricky Landers, a state prisoner housed at the California Substance Abuse Treatment Facility ("CSATF"), is proceeding pro se and in forma pauperis in this civil rights action brought under 28 U.S.C. § 1983. On January 6, 2017, the Court screened Plaintiff's complaint and afforded him 30 days to file an amended complaint. Doc. 8. The Court cautioned Plaintiff that failure to meet this deadline would result in his case being dismissed. *Id.* at 5. To date, Plaintiff has not filed an amended complaint. The Court therefore DISMISSES Plaintiff's complaint without leave to amend for failure to obey a court order and for failure to prosecute this case.

The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

   Dated:   **February 23, 2017**      /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE

1